IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICROSOFT CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-2926 |
| | § | |
| SHAHBAZ RAHMAN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The plaintiff, Microsoft Corporation, has moved for default judgment against defendant Shabaz Rahman, an individual, and Shabaz Rahman d/b/a Computer Laptop Sales & Fixture a/k/a Computers and Laptops Fixture (Docket Entry No. 7). The motion establishes that Shabaz Rahman, an individual, and Shabaz Rahman d/b/a Computer Laptop Sales & Fixture a/k/a Computers and Laptops Fixture was served but have failed to appear in this suit. The record establishes that the defendants have failed to answer the complaint as required by Rule 12, Fed. R. Civ. P., making entry of default proper under Rule 55(a). No later than February 16, 2006, the plaintiff must move for judgment by default, certifying the notice to the defendants. With the motion, the plaintiff must submit affidavits with

supporting documentation of plaintiff's damages, with a self-explanatory computation of any prejudgment interest and any attorneys' fees sought.

SIGNED on January 30, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge